Opinion filed May 17, 2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00340-CV

                                                    __________

 

                                  
JORGE RODRIGUEZ, Appellant

 

                                                          
V.

 

                                 
NORMA HERNANDEZ, Appellee



 

                                   On
Appeal from the 244th District Court

                                                         
Ector County, Texas

                                                  Trial
Court Cause No. C-127,372

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Jorge
Rodriguez is the appellant in this appeal.  He has filed an unopposed motion to
withdraw his notice of appeal and dismiss this appeal pursuant to Tex. R. App. P. 42.1(a)(1).  In the
motion, appellant states that “all matters have been settled between the
parties and the appeal is no longer needed.”  Therefore, in accordance with appellant’s
request, we dismiss the appeal. 

The
motion to dismiss is granted.  Appellant’s notice of appeal is withdrawn, and
the appeal is dismissed.

                                                                                                PER
CURIAM

May 17, 2012

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.